## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| **JM ALLEN & ASSOCIATES, INC.** § | CASE NO. 09-60116 | |
| xx-xxx8238 § | | |
| PO Box 220, Arp, TX 75750-0220 § | CHAPTER 7 | |
| Debtor § | | |

### NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

I, Michael J. McNally, the undersigned Chapter 7 Trustee, certify that:

1. I am the duly qualified and acting Trustee in this case.

2. I have made distributions of the funds in this estate in accordance with the Trustee's Final Report and Proposed Distribution filed herein.

3. All final disbursement checks payable in this case have been cashed except that checks issued to entities in an amount of less than $5.00 have been attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

4. Attached is a list of the names of, and mailing address used for, the entities entitled to the sums set forth in said list.

Dated: March 29, 2011     By: /s/ Michael J. McNally
                              MICHAEL J. MCNALLY, Trustee
                              PO Box 1080
                              Tyler, TX 75710-1080
                              Phone: (903) 597-6301
                              Fax: (903) 597-6302