# DIVIDENDS REMITTED TO THE COURT
Check Number 3029 Dated 02/28/11
Case Number 09-60116 - JM ALLEN AND ASSOCIATES,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Marlow Charlton<br>506 W Briar Sq<br>Overton, TX 75684-1048 | 000006 | 720.00 | 3.77 |
| Skillerns Business Systems<br>1604 Grande Blvd<br>Tyler, TX 75703-4426 | 000007 | 363.74 | 1.91 |
| Texas Iron & Steel<br>PO Box 7317<br>Longview, TX 75607-7317 | 000009 | 868.85 | 4.56 |
| United Telephone Company of Texas Inc.<br>PO Box 7971<br>Shawnee Mission, KS 66207-0971<br>(14-1) pre petition phone | 000014 | 787.16 | 4.13 |
| The Travelers Indemnity Company of Their Affiliate<br>c/o RMS Bankruptcy Rec. Services<br>P O Box 5126<br>Timonium Maryland 21094 | 000016 | 104.02 | 0.55 |
| General Electric Capital COrp<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | 000017 | 44.00 | 0.23 |

---------- Remittance Total --------------     2,887.77     15.15

_____
MICHAEL J. MCNALLY, Trustee